FRANCIS PATRONE et al., as Administrators of the Estate of NICHOLAS PATRONE, Deceased, Respondents, *v.* M. P. HOWLETT, INC., Appellant.

*Appeal — motion to dismiss on ground that appeal was frivolous and without merit.*

Reported below, 207 App. Div. 856.

(Submitted November 26, 1923; decided December 4, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 2, 1923, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a verdict.

The motion was made upon the ground that the appeal was frivolous and without merit.

*William S. Butler* for motion.

*James J. Mahoney* opposed.

Motion denied, with ten dollars costs.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB SILVERMAN, Appellant.

*Appeal — failure to serve return — appeal dismissed.*

*People* v. *Silverman*, 206 App. Div. 781, appeal dismissed.

(Submitted November 26, 1923; decided December 4, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 27, 1923, which affirmed a judgment of the Kings County Court affirming a judgment of a City Magistrate's Court of the city of New York convicting the defendant of the crime of disorderly conduct.

The motion was made upon the ground of failure to serve the return.

*Charles J. Dodd, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.